IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC BOYINGTON, on behalf of himself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>PERCHERON FIELD SERVICES, LLC, )<br><br>Defendant. ) | Civil Action No. 3:14-CV-00090<br><br>Judge Kim R. Gibson |

## CERTIFICATE OF DESTRUCTION

I, hereby certify, under penalty of perjury and pursuant to the Court's order dated May 12, 2016, that all mobile phone records received in response to the subpoenas that Defendant served upon Plaintiffs' mobile phone carriers (comprised of two spreadsheets pertaining to one Plaintiff), and all copies thereof, were destroyed.[1]

Respectfully submitted,

/s/ Sarah J. Miley
Robert W. Pritchard (PA #76979)
  rpritchard@littler.com
Jill M. Weimer (PA #207509)
  jweimer@littler.com
Sarah J. Miley (PA #314830)
  smiley@littler.com

LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
(412) 201-7628/7632/7669
(412) 774-1957 (facsimile)

*Attorneys for Defendant*
*Percheron Field Services, LLC*

Dated: June 3, 2016

---

[1] Littler cannot delete information stored in our backups, disaster recovery systems, or other storage systems that make it impractical to destroy the information.  However, Defendant and its counsel will not access such systems for purposes of retrieving the mobile phone records at issue.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2016, a true and correct copy of the foregoing CERTIFICATE OF DESTRUCTION was served and filed using the United States District Court for the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

> Joseph H. Chivers, Esquire
> Zachary K. Warren, Esquire
> THE EMPLOYMENT RIGHTS GROUP
> 100 First Avenue, Suite 650
> Pittsburgh, PA  15222
> jchivers@employmentrightsgroup.com
> zkw@employmentrightsgroup.com
>
> John R. Linkosky, Esquire
> JOHN LINKOSKY & ASSOCIATES
> 715 Washington Avenue
> Carnegie, PA  15106-4107
> linklaw@comcast.net
>
> Bruce C. Fox, Esq.
> Andrew J. Horowitz, Esq.
> OBERMAYER REBMANN MAXWELL & HIPPEL LLP
> 500 Grant Street, Ste. 5240
> Pittsburgh, PA 15219
> bruce.fox@obermayer.com
> andrew.horowitz@obermayer.com

> */s/ Sarah J. Miley*
> Sarah J. Miley

Firmwide:140767647.1 082494.1001