**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------- x
                                           :
ERIC BOYINGTON, on behalf of himself :
and all others similarly situated,         :
                                           :
            Plaintiff,                     :   Civil Action No. 3:14-cv-00090 (KRG)
                                           :
            v.                             :
                                           :   Electronically Filed
PERCHERON FIELD SERVICES, LLC, :
                                           :
            Defendant.                     :
                                           :
                                           :
                                           :
-------------------------------------------------- x
```

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION**
**FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**

On this 19th day of July, 2018, the Court considered Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs. Having considered the motion, the Court is of the opinion that it should be GRANTED. Attorneys' fees are awarded in the amount of One Million Two Hundred Thousand Dollars ($1,200,000), and out-of-pocket costs and expenses are awarded in the amount of One Hundred Sixty Thousand Dollars ($160,000).

Dated: July 19 , 2018

BY THE COURT,

_____
Hon. Kim R. Gibson, U.S.D.J.